FILED

07 AUG -1 PM 12: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

James Brown

        Plaintiff(s),

v.

State Farm Mutual Automobile Insurance Company

        Defendant(s).

No. C 07-02743 PJH

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7-31-07

Signature: John J. Bell

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

| | |
|---|---|
| 1 | **CASE NAME:** Brown v. State Farm |
| 2 | **ACTION NO.:** C07-02743 JL |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 610 – 16TH St., Ste. 421, Oakland, CA 94612. I am employed in the County of Alameda where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- **Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge**

\_\_\_\_\_ (BY PERSONAL DELIVERY) by personally delivering true copies to said person.

\_\_\_\_\_ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

✓ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be place in the United States mail at Oakland, California.

Stephen P. Ellingson, Esq.
Hayes Davis Bonino, et al.
203 Redwood Shores Pkwy., Ste. 480
Redwood Shores, CA 94065

✓ (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 31, 2007 at Oakland, California.

Felicia E. Jones

PROOF OF SERVICE