1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Brown, | 07-02743 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3  to an e-mail directed to adr@cand.uscourts.gov.

4

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if

6  required, to occur before the Case Management Conference.

7

8

9  Dated: August 20, 2007

10                                      RICHARD W. WIEKING
                                        Clerk
11                                      by:    Timothy J. Smagacz
12
13                                      _____
                                        ADR Administrative Assistant
14                                      415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02743 PJH                              -2-

**PROOF OF SERVICE**

Case Name:        Brown v. State Farm Mutual Automobile Insurance Company

Case Number:      07-02743 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 20, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John Thomas Bell Jr.
> Law Offices of John T. Bell
> 610 - 16th St., Ste. 421
> Oakland, CA 94612
> bellaw2000@sbcglobal.net
>
> Jamie A. Radack
> Hayes, Davis, Ellingson, McLay & Scott
> 203 Redwood Shores Pkwy., Ste. 480
> Redwood City, CA 94065
> jradack@hayesdavis.com
>
> Stephen M. Hayes
> Hayes, Davis, Ellingson, McLay & Scott LLP
> 203 Redwood Shores Parkway
> Suite 480
> Redwood Shores, CA 94065
> shayes@hayesdavis.com
>
> Stephen P. Ellingson
> Hayes, Davis, Ellingson, McLay, & Scott LLP

203 Redwood Shores Parkway
Suite 480
Redwood Shores, CA 94065
sellingson@hayesdavis.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov