UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: September 6, 2007                    JUDGE: Phyllis J. Hamilton

Case No: C-07-2743 PJH

Case Name: James Brown v. State Farm Mutual Automobile Insurance Company

Attorney(s) for Plaintiff:     John Bell
Attorney(s) for Defendant:     Stephen P. Ellingson

Deputy Clerk: Nichole Heuerman              Court Reporter: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held. The parties inform the court that an examination under oath is set for tomorrow. The court continues the matter for 60 days. A further case management conference is set for 11/8/2007 at 2:30 p.m. The parties to submit an updated case management conference statement by 11/1/07. The parties have already stipulated to participate in ENE. ENE is deferred until the next case management conference takes place.

Order to be prepared by:    [] Pl [] Def [] Court

Notes:

cc: file; ADR