STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637-9100
Facsimile: 650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JOHN T. BELL (SBN 209941)
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C07-02743 PJH<br><br>**JOINT STATUS REPORT**<br><br>**Date:** **November 8, 2007**<br>**Time:** **2:30 p.m.**<br>**Ctrm.:** **3** |

The parties to the above-entitled action respectfully submit their Joint Status Report to update the Court regarding the status of the underlying motorcycle theft claim that gave rise to the instant lawsuit.

## I. STATUS OF PLAINTIFF'S UNDERLYING CLAIM

Plaintiff James Brown attended his Examination under Oath ("EUO") on September 7, 2007. Plaintiff's testimony included the following:

- the motorcycle was purchased pursuant to a verbal agreement between friends;

- plaintiff made three cash payments toward the purchase of the motorcycle;
- plaintiff provided State Farm with the name and telephone number of the person who sold the motorcycle on behalf of Maria Puicon to plaintiff;
- plaintiff claims he submitted registration papers to the Department of Motor Vehicles; State Farm's counsel acknowledged the DMV returned it to him;
- Plaintiff said he would ask all third parties involved in the sale of the motorcycle to fully cooperate with State Farm.

State Farm's notice of the EUO included a demand for production of documents related to plaintiff's alleged purchase of the motorcycle and modification that allegedly increased its value over the original purchase price. Plaintiff produced an appraisal report to support his claim regarding the value of the motorcycle at issue. Plaintiff did not produce any documents evidencing his ownership or purchase of the motorcycle, e.g. a receipt, purchase agreement or canceled check. Plaintiff did not produce any documents indirectly showing he owned or purchased the motorcycle or had the financial wherewithal to do so, e.g. bank statements.

Plaintiff was not the registered owner of the motorcycle at the time of the alleged theft. The registered owner was Maria Puicon. State Farm demanded the Examination under Oath of Ms. Puicon on three separate occasions. Ms. Puicon failed to attend her Examination under Oath on any of those occasions. She has given no indication that she intends to do so.

The motorcycle at issue was originally sold in "stock" condition, i.e. without special non-factory modifications. Plaintiff's claim is for a modified motorcycle. The appraisal report indicates the motorcycle was modified. State Farm is seeking the cooperation of third parties involved in the ownership history of the motorcycle to investigate plaintiff's claim that he owned the motorcycle when it was allegedly stolen and that it had been modified to the extent plaintiff claims as support of the amount of his claim.

Based on the information provided by plaintiff during his EUO, State Farm needs to conduct the following additional investigation activities before a claim decision can be made:

- Obtain receipts from Richmond Custom Cycles and contact the mechanic to verify work done on the motorcycle;



- Interview employees at Richmond Custom Cycles regarding any connection with the motorcycle appraiser, Eric Dobinson;
- Contact Mr. Dobinson and other third party witnesses identified by plaintiff during his EUO to verify the information provided by plaintiff
- Obtain Ms. Puicon's EUO if possible.

State Farm currently anticipates making a decision on plaintiff's claim within the next 60 days.

Dated: 10/30, 2007

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By ____________________
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Dated: October 30, 2007

LAW OFFICES OF JOHN T. BELL

By ____________________
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN