**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** November 8, 2007                    **JUDGE:** Phyllis J. Hamilton


**Case No:** C-07-2743 PJH

**Case Name:** James Brown v. State Farm Mutual Automobile Insurance Company


**Attorney(s) for Plaintiff:**     John Bell
**Attorney(s) for Defendant:**     Stephen P. Ellingson

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported


**PROCEEDINGS**

    Further Case Management Conference-Held. Defense counsel's request to continue the matter an additional 60 days is denied by the court. Discovery is open. The parties are to complete ENE within 120 days. The deadline for hearing dispositive motions is 5/28/08. The parties are handed copies of the court's pretrial instructions.


**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file; ADR