# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Brown,<br><br>    Plaintiff(s),<br><br>v.<br><br>State Farm Mutual Automobile<br><br>Insurance Company,<br><br>    Defendant(s). | 07-02743 PJH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Harlan Richter**
> Retired
> 134 Cumberland Way
> Alameda, CA 94502
> 510-337-9118

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02743 PJH ENE                    - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: November 14, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-02743 PJH ENE                          - 2 -