**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| Brown,<br><br>           Plaintiff(s),<br><br>     v.<br><br>State Farm Mutual Automobile<br>Insurance Company,<br><br>           Defendant(s). | No. C 07-02743 PJH ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __2/29/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

   *The parties are deadlocked.*

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO

Dated: __2/29/08__

Evaluator, Harlan Richter
Retired
134 Cumberland Way
Alameda, CA 94502

**Certification of ADR Session**
07-02743 PJH ENE