JOHN T. BELL (SBN 209941)
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone:  650.637-9100
Facsimile:  650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>         Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>         Defendants. | CASE NO. C07-02743 PJH<br><br>**THE PARTIES' JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE** |

The parties to the above-entitled action hereby respectfully submit their Joint Stipulated Administrative Motion to Continue the Deadline to Hear Dispositive Motions pursuant to Judge Hamilton's Pretrial Instructions and Civil L.R. 7-11.

   1.   The parties have been working diligently toward moving this case forward in an efficient, expeditious manner and have exchanged written discovery and responses;

   2.   In March 2008, the parties executed a "Stipulation For Confidentiality Of Settlement Discussions;"

165165                                         -1-

JOINT ADMINISTRATIVE REQUEST TO CONTINUE THE DISPOSITIVE MOTION DEADLINE –
CASE NO. 07-02743 PJH

1  3.  The parties also agreed to postpone taking certain depositions while they considered the potential for settlement;

2  4.  The current deadline to hear dispositive motions is May 28, 2008;

3  5.  State Farm is prepared to file a motion for summary judgment on Wednesday, April 23, 2008, under the Court's current dispositive motion deadline. Plaintiff has specifically identified four individuals he would like to depose before State Farm files its motion for summary judgment, and has indicated that there may be additional individuals.

4  6.  Therefore, the parties hereby jointly request that the Court extend the deadline to hear dispostive motions 60 days from May 28, 2008, to July 30, 2008.

Dated: April 21, 2008

LAW OFFICES OF JOHN T. BELL

By _____
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN

Dated: 4/21, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# [PROPOSED] ORDER

IT IS SO ORDERED:

Pursuant to the joint motion of the parties, the deadline to hear dispositive motions shall be continued from May 28, 2008 to July 30, 2008.

Dated: _____, 2008

_____
HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA