JOHN T. BELL (SBN 209941)
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone:  650.637-9100
Facsimile:  650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO.  C07-02743 PJH<br><br>**THE PARTIES' JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE** |

   The parties to the above-entitled action hereby respectfully submit their Joint Stipulated Administrative Motion to Continue the Deadline to Hear Dispositive Motions pursuant to Judge Hamilton's Pretrial Instructions and Civil L.R. 7-11.

   1.  The parties have been working diligently toward moving this case forward in an efficient, expeditious manner and have exchanged written discovery and responses;

   2.  In March 2008, the parties executed a "Stipulation For Confidentiality Of Settlement Discussions;"

165165

-1-

1    3.    The parties also agreed to postpone taking certain depositions while they considered

2    the potential for settlement;

3    4.    The current deadline to hear dispositive motions is May 28, 2008;

4    5.    State Farm is prepared to file a motion for summary judgment on Wednesday, April

5    23, 2008, under the Court's current dispositive motion deadline. Plaintiff has specifically identified

6    four individuals he would like to depose before State Farm files its motion for summary judgment,

7    and has indicated that there may be additional individuals.

8    6.    Therefore, the parties hereby jointly request that the Court extend the deadline to

9    hear dispositive motions 60 days from May 28, 2008, to July 30, 2008.

10

11    Dated: _April 21_, 2008              LAW OFFICES OF JOHN T. BELL

12

13                                        By_____
                                             JOHN T. BELL
14                                           Attorneys for Plaintiff
                                             JAMES BROWN
15

16    Dated: _4/21_, 2008                  HAYES DAVIS BONINO ELLINGSON
                                           McLAY & SCOTT, LLP
17

18

19                                        By_____
                                             STEPHEN M. HAYES
20                                           STEPHEN P. ELLINGSON
                                             JAMIE A. RADACK
21                                           Attorneys for Defendant
                                             STATE FARM MUTUAL AUTOMOBILE
22                                           INSURANCE COMPANY

23

24

25

26

27

28

165165                                      -2-

JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE
– CASE NO. 07-02743 PJH

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED:

Pursuant to the joint motion of the parties, the deadline to hear dispositive motions shall be continued from May 28, 2008 to July 30, 2008.

Dated: _____April 22_____, 2008



HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT COURT FOR
CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton