JOHN T. BELL, SBN 209941
Law Offices of John T. Bell
610-16th Street, Suite 421
Oakland, CA 94612
TEL: 510-444-4638
FAX: 510-444-4019

FILED
08 JUN -9 PM 2: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN | Case No. C07-02743 PJH |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND DOES 1 through 25 INCLUSIVE, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that commencing July 25, 2008 through August 2, 2008, John T. Bell will be on vacation and unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court or attending depositions.

Purposefully scheduling a conflicting procedure without cause is sanctionable conduct. (*Tenderloin Housing Clinic v. Sparks* (1192) 8 Cal.App.4th 299)

DATED: May 21, 2008                    LAW OFFICES OF JOHN T. BELL

                                       BY: _____
                                           JOHN T. BELL
                                           Attorney for Plaintiff James Brown

---

NOTICE OF UNAVAILABILITY
CASE NO. C07-02743 PJH

| | |
|---|---|
| 1 | CASE NAME:    Brown v. State Farm |
| 2 | ACTION NO.:    C07-02743 PJH |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 610 – 16TH St., Ste. 421, Oakland, CA 94612. I am employed in the County of Alameda where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- **NOTICE OF UNAVAILABILITY**

_____ (BY PERSONAL DELIVERY) by personally delivering true copies to said person.

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

✓ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be place in the United States mail at Oakland, California.

> Stephen P. Ellingson, Esq.
> Hayes Davis Bonino, et al.
> 203 Redwood Shores Pkwy., Ste. 480
> Redwood Shores, CA 94065

✓ (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 21, 2008 at Oakland, California.

*/s/ John T. Bell*
John T. Bell

---

PROOF OF SERVICE – CASE NO. C07-02743PJH