JOHN T. BELL (SBN 209941)
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637-9100
Facsimile: 650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. C07-02743 PJH<br><br>**THE PARTIES' JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE** |

　　　　The parties to the above-entitled action hereby respectfully submit their Joint Stipulated Administrative Motion to Continue the Deadline to Hear Dispositive Motions pursuant to Judge Hamilton's Pretrial Instructions and Civil L.R. 7-11.

　　　　1.　　The parties have been working diligently toward moving this case forward in an efficient, expeditious manner and have exchanged written discovery and responses and commenced deposition discovery;

　　　　2.　　The parties previously stipulated to continue the deadline to hear dispositive

168688                                        -1-

1. motions, which the Court granted, in order to allow plaintiff to take certain depositions;

2. 5. Plaintiff has identified five additional depositions of State Farm representatives. The parties are cooperating in an attempt to schedule those depositions on mutually available dates. However, given the parties' and counsels' current schedules, they do not anticipate being able to complete those depositions before the current deadline to hear dispositive motions, which is July 30, 2008;

3. 6. State Farm is prepared to file a motion for summary judgment pursuant to the current deadline. However, plaintiff has requested a continuance in order to complete the additional depositions before State Farm files its motion for summary judgment.

4. 7. Therefore, the parties hereby jointly stipulate to and request that the Court extend the deadline to hear dispositive motions to October 1, 2008.

Dated: June 11, 2008

LAW OFFICES OF JOHN T. BELL

By _____
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN

Dated: _____, 2008

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

motions, which the Court granted, in order to allow plaintiff to take certain depositions;

5. Plaintiff has identified five additional depositions of State Farm representatives. The parties are cooperating in an attempt to schedule those depositions on mutually available dates. However, given the parties' and counsels' current schedules, they do not anticipate being able to complete those depositions before the current deadline to hear dispositive motions, which is July 30, 2008;

6. State Farm is prepared to file a motion for summary judgment pursuant to the current deadline. However, plaintiff has requested a continuance in order to complete the additional depositions before State Farm files its motion for summary judgment.

7. Therefore, the parties hereby jointly stipulate to and request that the Court extend the deadline to hear dispostive motions to October 1, 2008.

Dated: _____, 2008          LAW OFFICES OF JOHN T. BELL


By_____
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN


Dated: __6/12__, 2008          HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP


By_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

168688                           -2-
JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE
– CASE NO. 07-02743 PJH

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Pursuant to the joint motion of the parties, the deadline to hear dispositive motions shall be continued to October 1, 2008.

Dated: _____, 2008

_____
HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA