```
 1  JOHN T. BELL (SBN 209941)
 2  **LAW OFFICES OF JOHN T. BELL**
    610 – 16th Street, Suite 421
 3  Oakland, CA 94612
    Telephone: 510.444.4638
 4  Facsimile: 510.444.4019
 5  Attorney for Plaintiff
    JAMES BROWN
 6
    STEPHEN M. HAYES (SBN 83583)
 7  STEPHEN P. ELLINGSON (SBN 136505)
    JAMIE A. RADACK (SBN 221000)
 8  **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
    203 Redwood Shores Pkwy., Suite 480
 9  Redwood City, CA 94065
    Telephone: 650.637-9100
10  Facsimile: 650.637-8071
11  Attorney for Defendant
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
12
```

JOHN T. BELL (SBN 209941)
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637-9100
Facsimile: 650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. C07-02743 PJH<br><br>**THE PARTIES' JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE** |

　　The parties to the above-entitled action hereby respectfully submit their Joint Stipulated Administrative Motion to Continue the Deadline to Hear Dispositive Motions pursuant to Judge Hamilton's Pretrial Instructions and Civil L.R. 7-11.

　　1.　　The parties have been working diligently toward moving this case forward in an efficient, expeditious manner and have exchanged written discovery and responses and commenced deposition discovery;

　　2.　　The parties previously stipulated to continue the deadline to hear dispositive

168688                                         -1-

JOINT ADMINISTRATIVE REQUEST TO CONTINUE THE DISPOSITIVE MOTION DEADLINE –
CASE NO. 07-02743 PJH

1. motions, which the Court granted, in order to allow plaintiff to take certain depositions;

5. Plaintiff has identified five additional depositions of State Farm representatives. The parties are cooperating in an attempt to schedule those depositions on mutually available dates. However, given the parties' and counsels' current schedules, they do not anticipate being able to complete those depositions before the current deadline to hear dispositive motions, which is July 30, 2008;

6. State Farm is prepared to file a motion for summary judgment pursuant to the current deadline. However, plaintiff has requested a continuance in order to complete the additional depositions before State Farm files its motion for summary judgment.

7. Therefore, the parties hereby jointly stipulate to and request that the Court extend the deadline to hear dispositive motions to October 1, 2008.

Dated: Jun 11, 2008

LAW OFFICES OF JOHN T. BELL

By _____
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN

Dated: _____, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

168688                                -2-
JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE
- CASE NO. 07-02743 PJH

1  motions, which the Court granted, in order to allow plaintiff to take certain depositions;

2      5.    Plaintiff has identified five additional depositions of State Farm representatives. The parties are cooperating in an attempt to schedule those depositions on mutually available dates. However, given the parties' and counsels' current schedules, they do not anticipate being able to complete those depositions before the current deadline to hear dispositive motions, which is July 30, 2008;

    6.    State Farm is prepared to file a motion for summary judgment pursuant to the current deadline. However, plaintiff has requested a continuance in order to complete the additional depositions before State Farm files its motion for summary judgment.

    7.    Therefore, the parties hereby jointly stipulate to and request that the Court extend the deadline to hear dispostive motions to October 1, 2008.

Dated: _____, 2008    LAW OFFICES OF JOHN T. BELL


By_____
  JOHN T. BELL
  Attorneys for Plaintiff
  JAMES BROWN


Dated: __6/12__, 2008    HAYES DAVIS BONINO ELLINGSON
    McLAY & SCOTT, LLP


By_____
  STEPHEN M. HAYES
  STEPHEN P. ELLINGSON
  JAMIE A. RADACK
  Attorneys for Defendant
  STATE FARM MUTUAL AUTOMOBILE
  INSURANCE COMPANY

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Pursuant to the joint motion of the parties, the deadline to hear dispositive motions shall be continued to October 1, 2008.

Dated: __June 16_____, 2008

_____
HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton