STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637-9100
Facsimile: 650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JOHN T. BELL (SBN 209941)
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES BROWN, | CASE NO. C07-02743 PJH |
|---|---|
| Plaintiff, | **THE PARTIES' JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive, | |
| Defendants. | |

The parties to the above-entitled action hereby respectfully submit their Joint Stipulated Administrative Motion to Continue the Deadline to Hear Dispositive Motions pursuant to Judge Hamilton's Pretrial Instructions and Civil L.R. 7-11.

    1.    The parties have been working diligently toward moving this case forward in an efficient, expeditious manner and have exchanged written discovery and responses and commenced deposition discovery;

    2.    The parties previously stipulated to continue the deadline to hear dispositive

1 | motions, which the Court granted, in order to allow plaintiff to take certain depositions;

2 |     3.    State Farm has been attempting to locate and depose two witnesses regarding the alleged customization to the motorcycle, which is the central issue of this case; (1) Jinli Baum, former Service Advisor at Bob Dron Harley Davidson, and (2) Eric Dobinson of A to Z Appraisers. State Farm has thus far been unable to locate Mr. Baum and Mr. Dobinson appears to be evading service. State Farm does not anticipate being able to complete those depositions before the current deadline to file its Motion for Summary Judgment, which is August 27, 2008;

    4.    Therefore, the parties hereby jointly stipulate to and request that the Court extend the deadline to hear dispositive motions from October 1, 2008 to December 3, 2008.

Dated: August 15, 2008

LAW OFFICES OF JOHN T. BELL

By /s/ John J. Bell
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN

Dated: August 15, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By /s/
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

174033

-2-

JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE – CASE NO. 07-02743 PJH

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Pursuant to the joint motion of the parties, the deadline to hear dispositive motions shall be continued to December 3, 2008.

Dated: _____, 2008

_____
HONORABLE PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

174033                                -3-

JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE
– CASE NO. 07-02743 PJH