1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  JAMIE A. RADACK (SBN 221000)
   **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
3  203 Redwood Shores Pkwy., Suite 480
   Redwood City, CA 94065
4  Telephone:  650.637-9100
   Facsimile:  650.637-8071
5
   Attorney for Defendant
6  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

7  JOHN T. BELL (SBN 209941)
   **LAW OFFICES OF JOHN T. BELL**
8  610 – 16th Street, Suite 421
   Oakland, CA 94612
9  Telephone: 510.444.4638
   Facsimile: 510.444.4019
10
   Attorney for Plaintiff
11 JAMES BROWN

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 JAMES BROWN,                          CASE NO.  C07-02743 PJH

                                          **THE PARTIES' JOINT STIPULATED**
16          Plaintiff,                    **ADMINISTRATIVE MOTION TO**
                                          **CONTINUE THE DISPOSITIVE**
17     v.                                 **MOTION DEADLINE**

18 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY; and DOES 1
19 through 25, inclusive,

20          Defendants.

21

22     The parties to the above-entitled action hereby respectfully submit their Joint Stipulated

23 Administrative Motion to Continue the Deadline to Hear Dispositive Motions pursuant to Judge

24 Hamilton's Pretrial Instructions and Civil L.R. 7-11.

25     1.     The parties have been working diligently toward moving this case forward in an

26 efficient, expeditious manner and have exchanged written discovery and responses and commenced

27 deposition discovery;

28     2.     The parties previously stipulated to continue the deadline to hear dispositive

174033                          -1-

1  motions, which the Court granted, in order to allow plaintiff to take certain depositions;

2        3.      State Farm has been attempting to locate and depose two witnesses regarding the

3  alleged customization to the motorcycle, which is the central issue of this case; (1) Jinli Baum,

4  former Service Advisor at Bob Dron Harley Davidson, and (2) Eric Dobinson of A to Z Appraisers.

5  State Farm has thus far been unable to locate Mr. Baum and Mr. Dobinson appears to be evading

6  service.  State Farm does not anticipate being able to complete those depositions before the current

7  deadline to file its Motion for Summary Judgment, which is August 27, 2008;

8        4.      Therefore, the parties hereby jointly stipulate to and request that the Court extend the

9  deadline to hear dispostive motions from October 1, 2008 to December 3, 2008.

10

11  Dated: August 15, 2008                    LAW OFFICES OF JOHN T. BELL

12

13                                            By _____
                                                 JOHN T. BELL
14                                               Attorneys for Plaintiff
                                                 JAMES BROWN
15

16  Dated: August 15 2008                     HAYES DAVIS BONINO ELLINGSON
                                              McLAY & SCOTT, LLP
17

18                                            By _____
19                                               STEPHEN M. HAYES
                                                 STEPHEN P. ELLINGSON
20                                               JAMIE A. RADACK
                                                 Attorneys for Defendant
21                                               STATE FARM MUTUAL AUTOMOBILE
                                                 INSURANCE COMPANY
22

23

24

25

26

27

28

174033                          -2-
JOINT STIPULATED ADMINISTRATIVE MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE
                        – CASE NO. 07-02743 PJH

1

**[~~PROPOSED~~] ORDER**

2  IT IS SO ORDERED:

3       Pursuant to the joint motion of the parties, the deadline to hear dispositive motions shall be

4  continued to December 3, 2008.

5  Dated: ___August 18_____, 2008        _____

6                                             HONORABLE PHYLLIS HAMILTON
                                              UNITED STATES DISTRICT COURT FOR
7                                             THE NORTHERN DISTRICT OF
                                              CALIFORNIA

8  

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

174033                                    -3-

            FINAL CONTINUANCE.