1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesdavis.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesdavis.com
3  JAMIE A. RADACK (SBN 221000)
   jradack@hayesdavis.com
4  **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
   203 Redwood Shores Pkwy., Suite 480
5  Redwood City, CA 94065
   Telephone: 650.637-9100
6  Facsimile: 650.637-8071

7  Attorney for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
8
   JOHN T. BELL (SBN 209941)
9  bellaw2000@sbcglobal.net
   **LAW OFFICES OF JOHN T. BELL**
10 610 – 16th Street, Suite 421
   Oakland, CA 94612
11 Telephone: 510.444.4638
   Facsimile: 510.444.4019
12
   Attorney for Plaintiff
13 JAMES BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES BROWN, | CASE NO. C07-02743 PJH |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive, | |
| Defendants. | |

The parties to the above-entitled action hereby submit the following Joint Updated Case Management Conference Statement.

1.  The parties have agreed on terms to settle this matter, which arises out of State Farm's handling of a claim for the theft loss of a motorcycle. As part of the settlement, the parties have agreed to complete the forms required by the California

Department of Motor Vehicles ("DMV") to properly transfer title of the motorcycle at issue to State Farm in exchange for State Farm's payment of the amount agreed for plaintiff's claim.

2. Plaintiff and State Farm have completed the DMV forms required to transfer title to the motorcycle to State Farm. However, the DMV registration for the motorcycle identifies a lienholder, Eaglemark Savings Bank ("ESB.") The parties have provided the information needed by ESB to issue a notarized lien release, and ESB has agreed to issue the release. However, the parties have not yet received the document from ESB.

3. The parties anticipate receiving the notarized lien release from ESB and filing the Rule 41 stipulation for dismissal within 30 days.

4. For these reasons, the parties respectfully request a further continuance of the May 7, 2009 case management conference to June 4, 2009 or such other date as the Court deems appropriate.

Dated: April 23, 2009

LAW OFFICES OF JOHN T. BELL

By _____
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN

Dated: April 23, 2009

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

4/24/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. 07-02743 PJH