STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637-9100
Facsimile: 650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JOHN T. BELL (SBN 209941)
bellaw2000@sbcglobal.net
**LAW OFFICES OF JOHN T. BELL**
610 – 16th Street, Suite 421
Oakland, CA 94612
Telephone: 510.444.4638
Facsimile: 510.444.4019

Attorney for Plaintiff
JAMES BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. C07-02743 PJH<br><br>**STIPULATION OF DISMISSAL;** [PROPOSED] **ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by Plaintiff James Brown through his attorney of record, John T. Bell , Esq. of the Law Offices of John T. Bell and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

1 | Dated: May 5, 2009     LAW OFFICES OF JOHN T. BELL

By: *(signed)* John J Bell
JOHN T. BELL
Attorneys for Plaintiff
JAMES BROWN

6 | Dated: May 1, 2009     HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: *(signed)*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: May 21, 2009

_____
HONORABLE [Phyllis J. Hamilton]
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*